NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXIS JOSE ARICHABALA,               )
                                      )
            Petitioner,               )
                                      )
v.                                    )        Case No. 2D19-1355
                                      )
STATE OF FLORIDA,                     )
                                      )
            Respondent.               )
_____   )

Opinion filed December 6, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Melissa
Polo, Judge.

Alexis Jose Arichabala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim, Assistant
Attorney General, Tampa, for Respondent.


PER CURIAM.


            Dismissed.


VILLANTI, LaROSE, and SLEET, JJ., Concur.